INSTRUMENT#: 2017036922, BK: 24695 PG: 791 PGS: 791 - 792 01/27/2017 at
11:47:29 AM,     DEPUTY CLERK:MTERRELL Pat Frank,Clerk of the Circuit Court
Hillsborough County

Filing # 51655122 E-Filed 01/26/2017 09:53:49 AM

IN THE CIRCUIT COURT IN AND FOR THE THIRTEENTH JUDICIAL CIRCUIT IN AND
FOR HILLSBOROUGH COUNTY, FLORIDA
GENERAL CIVIL DIVISION

VICTORIA WILLIAMS-MIRTH,

    Plaintiff,

v.                                              Case No.: 16-CA-011752

CAPITAL ONE BANK (USA) N.A.

    Defendant,
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO FORMER DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.

Plaintiff Victoria Williams-Mirth voluntarily dismisses with prejudice the claims alleged

in the original Complaint as to former Defendant Midland Credit Management, Inc. only,

pursuant to Florida Rule of Civil Procedure 1.420(a)(1).

        _/s/ Stephen J. Bagge_
        Florida Bar Number: 97788
        STEPHEN J. BAGGE, P.A.
        3902 Henderson
        Suite 208-30
        Tampa, Florida 33629
        Telephone: (813) 250-0511
        Facsimile: (813) 250-0511

        *Attorney for Plaintiff Victoria Williams-Mirth*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the

Clerk of the Court on January 26, 2017

 */s/ Stephen J. Bagge*