UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICTORIA WILLIAMS-MIRTH,

    Plaintiff,

v.                                  Case No. 8:17-cv-496-T-33AAS

CAPITAL ONE (USA), N.A.,

    Defendant.

_____/

**ORDER**

This matter comes before the Court *sua sponte*. The record reflects that Plaintiff Victoria Williams-Mirth is represented by a family member within the third degree of relationship to the undersigned. Thus, in accordance with 28 U.S.C. § 455(b)(5)(ii) ("[Sh]e shall also disqualify h[er]self in the following circumstances . . . [sh]e or h[er] spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person . . . [i]s acting as a lawyer in the proceeding . . ."), the undersigned recuses herself from this matter.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The undersigned is recused from this case.

(2) The Clerk of Court is directed to reassign this case pursuant to its normal procedures.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 28th day of February, 2017.

/s/ Virginia M. Hernandez Covington<br>
VIRGINIA M. HERNANDEZ COVINGTON<br>
UNITED STATES DISTRICT JUDGE