**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**VICTORIA WILLIAMS-MIRTH,**

    **PLAINTIFF**

**V.**

    Case No. 8:17-cv-00496-SCB-AAS

**CAPITAL ONE BANK (USA), N.A.,**

    **DEFENDANT.**

_____/

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff voluntarily dismisses with prejudice her Amended Complaint, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party bearing its or her own attorney's fees and costs.

Respectfully Submitted,

| | |
|---|---|
| s/ Stephen J. Bagge | s/ Joshua H. Threadcraft |
| Stephen J. Bagge | Joshua H. Threadcraft (96153) |
| STEPHEN J. BAGGE, P.A. | Joshua.Threadcraft@burr.com |
| 3902 Henderson Blvd. | Megan P. Stephens (92557) |
| Suite 208-30 | Megan.Stephens@burr.com |
| Tampa, Florida 33629 | BURR & FORMAN LLP |
| sbagge@baggelaw.com | 420 N. 20th Street, Suite 3400 |
| *Attorney for Plaintiff* | Birmingham, AL 35203 |
| | Telephone: 205-251-3000 |
| | Facsimile: 205-413-8701 |
| | *Attorneys for Defendant Capital One Bank (USA), N.A.* |

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was submitted to the Clerk of the Court via CM/ECF, which furnished copies to all counsel of record on June 29, 2017.

 /s/ *Stephen J. Bagge*